```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

HAROLD R. HAYES                                              PLAINTIFF

VS.                               CIVIL ACTION NO.  5:13-cv-201-DCB-MTP

CORRECTIONS CORPORATION
OF AMERICA, ET AL                                           DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge Michael T. Parker, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the Motion for Summary Judgment [81] filed by Defendants Management & Training Corporation and Warden Frank Shaw should be granted, the Motion for Summary Judgment [83] filed by Defendant Corrections Corporation of America should be granted, the Motion for Summary Judgment [91] filed by Defendant Health Assurance, LLC should be granted, Plaintiff's claims against Defendants Warden Byrd, Jezonn Williams and Crystal Bitz should be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2), and this action should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the

Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __2nd__ day of December, 2015.

                                                  ___s/David Bramlette_____
                                                  UNITED STATES DISTRICT JUDGE